**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| LINDA BLEVINS,   )<br>    Plaintiff,   )<br>   ) <br> v.   )<br>   )<br> CAROLYN W. COLVIN,   )<br> Acting Commissioner,   )<br> Social Security Administration   )<br>    Defendant.   ) | **Case No. 3:12-CV-00276 JTK** |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ORDERED this 21st day of January, 2014.

_____
United States Magistrate Judge